UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 25-12330-MWF(PDx)**                    **Date: March 4, 2026**
Title:    ***Kenneth Davidson v. Alvarado Auto Sales, Inc., et al.***

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk:<br>Rita Sanchez | Court Reporter:<br>Not Reported |
| Attorneys Present for Plaintiff:<br>None Present | Attorneys Present for Defendant:<br>None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE PROOF OF
SERVICE

On December 30, 2025, Plaintiff Kenneth Davidson commenced this action against Defendants Alvarado Auto Sales, Inc. and A & B Property Investments. (Complaint (Docket No. 1)).

On January 5, 2026, the Court filed a Notice to Parties: ADA Disability Access Litigation. (ADA Notice (Docket No. 9)). Pursuant to the ADA Notice, Plaintiff was directed to serve the three documents (the ADA Packet) on Defendants at the same time the summons and complaint were served, if possible. (*Id.* at ¶ 2).

On February 27, 2026, Plaintiff filed two Proofs of Service reflecting substituted service of the Summons, Complaint, and other case-initiating documents on Defendants. (Docket Nos. 14, 15). The Proofs of Service reflect that Defendants A & B Property Investments and Alvarado Auto Sales, Inc. were served on February 25, 2026, well after the Court filed the ADA Notice, and do not include service of the ADA Packet as required by the ADA Notice.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's orders. In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 18, 2026:**

- ■ BY PLAINTIFF: New Proofs of Service of the Summons, Complaint, case-initiating documents and the ADA Packet on all Defendants.

---

**CIVIL MINUTES—GENERAL**                                                                 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 25-12330-MWF(PDx)**                    **Date: March 4, 2026**

Title:     ***Kenneth Davidson v. Alvarado Auto Sales, Inc., et al.***

Plaintiff should not pursue or file applications for the Clerk to enter default absent proper proofs of service.  Any request must be filed no later than seven calendar days after the response to Complaint or Application for Stay and Early Mediation is due.  (*See* Order Re Prosecution of Certain Cases Under the Americans with Disabilities Act, Docket No. 11.)

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MARCH 18, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.